IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN THE MATTER OF RICHARD MUGANE, A# 88-738-154, | No. MC09-5001RBL<br><br>ORDER GRANTING EMERGENCY EX-PARTE MOTION TO PROVIDE INVOLUNTARY MEDICAL CARE, NUTRITION AND HYDRATION FOR INMATE |

The Department of Homeland Security, Immigration and Customs Enforcement (hereafter "ICE") has filed an ex parte motion for an order permitting it to pursue involuntary feeding of Richard Mugane (A# 88-738-154), who is currently incarcerated as a civil detainee at the Northwest Detention Center in Tacoma, Washington.

Based on the Declaration of Marchell Rene Spielmann, ARNP, and information submitted by ICE, I find that there is sufficient cause to believe that without the requested medical testing and treatment, Mr. Mugane is in danger of irreparable injury and possible death. Mr. Mugane's current hunger strike poses a serious medical risk to himself.

A review of the applicable law reveals that the ICE has an affirmative statutory and constitutional duty to care for and treat inmates in its custody. This Court has inherent authority to issue an Order requiring ICE to undertake this affirmative duty, which includes provision of forced feeding with plastic tubes through the nasal passage and/or by intravenous means and involuntary blood draws to assess Mr. Mugane's nutritional status and the efficacy of feedings.. Such treatment should be limited to that which is medically necessary for Mr. Mugane.

ORDER GRANTING EMERGENCY EX-PARTE MOTION
TO PROVIDE INVOLUNTARY MEDICAL CARE,
NUTRITION AND HYDRATION TO INMATE - 1

Therefore, IT IS HEREBY ORDERED that ICE may undertake the medical procedures and treatment described herein. ICE is directed to provide a copy of this order to Mr. Mugane forthwith.

DATED this 29th day of January, 2009.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

JEFFREY C. SULLIVAN
United States Attorney


 /s/ Robert P. Brouillard
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax:   (206) 553-4067
E-mail: robert.brouillard@usdoj.gov

ORDER GRANTING EMERGENCY EX-PARTE MOTION
TO PROVIDE INVOLUNTARY MEDICAL CARE,
NUTRITION AND HYDRATION TO INMATE - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970